W. M. JOHNSON, ADMINISTRATOR, v. ATLANTIC COAST LINE
RAILROAD COMPANY.

(Filed 10 April, 1912.)

**Appeal and Error—Evidence—Nonsuit.**

> In this action for the wrongful killing of plaintiff's intestate, a
> judgment of nonsuit on the evidence was properly denied, the
> negligence of the defendant's conductor in giving the signal to
> start being sufficient, under the circumstances, to take the case
> to the jury.

APPEAL from *Cooke, J.,* at November Term, 1911, of CHAT-
HAM.

This was a civil action. These issues were submitted to the
jury:

1. Was the plaintiff's intestate killed by the negligence of the
defendant?

2. Did plaintiff's intestate, by his own negligence, contribute
to his injury?

3. What amount, if any, is plaintiff entitled to recover from
the defendant?

The jury answered the first issue "Yes," the second issue
"No," and the third issue "$5,000."

*N. Y. Gulley & Son, R. H. Dixon and Hayes & Bynum for
the plaintiff.*
*Rose & Rose and H. A. London & Son for the defendant.*

PER CURIAM. We have examined carefully the several assign-
ments of error set out in the record, and we are of opinion that
his Honor properly denied the motion for nonsuit.

We think that there was sufficient evidence to be submitted to
the jury that the intestate fell from the car by reason of negli-
gence in giving the signal by the conductor at the moment he
did. We do not deem it necessary to discuss the facts, as
these cases differ so materially from each other that a discus-
sion of the evidence is of no material value.

We have examined the charge of his Honor, and think that he
presented the case to the jury fairly and fully, and in accord-
ance with the well-settled precedent of this Court.

The judgment of the Superior Court is
Affirmed.